

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00386-CV

_____

IN RE NATHANIEL NIEMINEN, Relator

_____

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 25-9603-431

_____

Before Birdwell, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

Per Curiam

Delivered:  June 15, 2026